FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 03 2025

CLERK
DISTRICT OF NEVADA
BY: _____
_____ DEPUTY

AO 243 (Rev. 09/17)

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | | District |
|---|---|---|
| Name *(under which you were convicted)*: MURREL VAILES | | |
| Place of Confinement: VICTORVILLE FEDERAL CORRECTIONAL Institution #2 ADELANTO, CA 92301 | | Docket or Case No.: 2:22-CR-00104-JAD-BNW |
| UNITED STATES OF AMERICA | | Prisoner No.: #10662298 |
| | | Movant *(include name under which convicted)* |
| V. MURREL VAILES | | |

**MOTION**

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:
    CLERK, U.S. DISTRICT COURT
    DISTRICT OF NEVADA       Room #1334
    333 LAS VEGAS BLVD SOUTH
    LAS VEGAS, NEVADA 89101

    (b) Criminal docket or case number (if you know): 2:22-CR-00104 JAD-BNW

2.  (a) Date of the judgment of conviction (if you know): 03-21-2024
    (b) Date of sentencing: 03-18-2024

3.  Length of sentence: 180 MONTHS

4.  Nature of crime (all counts): #1 (18 U.S.C ?? (922)(9)(1) AND (924)(A)(2) Felon IN Possession OF A FIREARM)

    #2 (21 U.S.C ?? (841)(A)(1) AND (B)(1)(A)(viii) Possession with intent to DISTRIBUTE methAmpHetAMINE)

5.  (a) What was your plea? (Check one)
    (1) Not guilty ☐      (2) Guilty ☒      (3) Nolo contendere (no contest) ☐

6.  (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

    _____

6.  If you went to trial, what kind of trial did you have? (Check one)      Jury ☐      Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?      Yes ☐      No ☐

AO 243 (Rev. 09/17)

8.  Did you appeal from the judgment of conviction?    Yes ☐    No ☒

9.  If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised:

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

(4)  Nature of the proceeding: _____

(5)  Grounds raised:

_____

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☒

(7)  Result: _____

(8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)  Name of court: _____

(2)  Docket of case number (if you know): _____

(3)  Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised:

_____

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☒

(7)  Result: _____

(8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:    Yes ☐    No ☒

(2)  Second petition:   Yes ☐    No ☒

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

AO 243 (Rev. 09/17)

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**  Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Originally I filed a motion to the Honorable Judge: Jennifer A. Dorsey. Regarding my counsel Federal Public Defender Joanne L. Diamond, who did intentionally engage in misconduct involving dishonesty, deceit, or misrepresentation. By falsifying statements in the motion to suppress reply to the government. Pertaining to a conversation between myself & a undercover officer. Also I was literally coerced by intimidation into taking a plea deal. er my counsel threatening me with getting a life of imprisonment if found guilty. Finally after receiving my third attorney in six months. Attorney Richard Tanasi Basically informed me to accept the best plea offer. Because he was new to the case and didn't know all the facts, Nor had sufficient time to meet court deadlines & stipulations for the hearing.

(b) **Direct Appeal of Ground One:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐     No ☒

(2)   If you did not raise this issue in your direct appeal, explain why:


(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐     No ☒

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____


(3)   Did you receive a hearing on your motion, petition, or application?
    Yes ☐     No ☒

AO 243 (Rev. 09/17)

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☒

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☒

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):  _____

Date of the court's decision:  _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**  4th Amendment Illegall Soarch & Seizures

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
On Feb 16, 2022 Vice Detective Perez # P17759 of the Las Vegas Metropolitan Police Department. Fabricated A Affidavit to illegally obtain A search warrant for my Residence & Vehicles. By using A undercover officer name Jordan fox. To pose as A prostitute in a sting operation. Who then provided numerous of false statements to seek the Arrest warrant. Detective Jordan fox Alloged that I offered her to move inside my Residence. She also stated I have multiple prostitutes working for me. And I train them from my apartment by being a virtue teacher. However Naither Detectives had Any solid evidence to support their Assumptions. But was still successful at obtaining the search warrants. Finally they used some text messages to entice & entrapment me for a ten day period.

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☐

AO 243 (Rev. 09/17)

(2)  If you did not raise this issue in your direct appeal, explain why:

_____

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☒

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☒

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☒

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☒

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

AO 243 (Rev. 09/17)

**GROUND THREE:** _____

    (a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

    (b)  **Direct Appeal of Ground Three:**

        (1)  If you appealed from the judgment of conviction, did you raise this issue?

            Yes ☐      No ☒

        (2)  If you did not raise this issue in your direct appeal, explain why:

    (c)  **Post-Conviction Proceedings:**

        (1)  Did you raise this issue in any post-conviction motion, petition, or application?

            Yes ☐      No ☒

        (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

        (3)  Did you receive a hearing on your motion, petition, or application?

            Yes ☐      No ☒

        (4)  Did you appeal from the denial of your motion, petition, or application?

            Yes ☐      No ☒

        (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

            Yes ☐      No ☒

AO 243 (Rev. 09/17)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):   _____

Date of the court's decision:   _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:**   _____

_____

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☒

(2)   If you did not raise this issue in your direct appeal, explain why:

_____

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☒

(2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☒

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☒

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☒

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

AO 243 (Rev. 09/17)

14.    Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the
       you are challenging?         Yes ☐        No ☒
       If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the
       issues raised.

15.    Give the name and address, if known, of each attorney who represented you in the following stages of the
       judgment you are challenging:
       (a) At the preliminary hearing:

       (b) At the arraignment and plea:

       (c) At the trial:

       (d) At sentencing:

       (e) On appeal:

       (f) In any post-conviction proceeding:

       (g) On appeal from any ruling against you in a post-conviction proceeding:

16.    Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
       and at the same time?          Yes ☐        No ☒

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are
       challenging?           Yes ☐        No ☒
       (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

       (b) Give the date the other sentence was imposed:
       (c) Give the length of the other sentence:
       (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
       sentence to be served in the future?          Yes ☐        No ☒

AO 243 (Rev. 09/17)

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
A one-year period of limitation shall apply to a motion under this section. The limitation period shall run
from the latest of –
   (1)   the date on which the judgment of conviction became final;
   (2)   the date on which the impediment to making a motion created by governmental action in violation of
   the Constitution or laws of the United States is removed, if the movant was prevented from making such a
   motion by such governmental action;
   (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has
   been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
   review; or
   (4)   the date on which the facts supporting the claim or claims presented could have been discovered
   through the exercise of due diligence.

AO 243 (Rev 09/17)

Therefore, movant asks that the Court grant the following relief:

_____

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on ___03-01-2025___ .

(month, date, year)

Executed (signed) on ___MARCH 01, 2025___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____ FILED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

**FEB 03 2023**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

2-_-23

Honorable Judge: Jennifer A. Dorsey
(Case No: 2:22-cr-00104-JAD-BNW)

First of all, I would like to say Thank you. For taking time out your schedule & reading this letter. Judge Dorsey, today I'm asking the courts. Is it possible. That you can remove attorney Joanne L. Diamond. From my case? Every since our initial conversation. The attorney-client relationship started with bad communication. Another thing I noticed. Is Joanne falsified statements on the motion to suppress reply. Regarding certain statements. That I've exchanged with the undercover officer. Also based on all the other prior conversations regarding the case. Joanne has only provided me back with negative feedback thoughts or opinions. Now as a client, I really feel very discouraged & intimidated. To pursue a jury trial with Joanne as my attorney. So therefore I'm asking the courts to provide me with a replacement counsel. In order not to be represented by any attorney with a bias or malicous intent. Due to any forms of discrimination.

Thank you

Respectfully,

Muriel Vailes

(378)

